UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:                                                                                    CASE NO 13-23977-BKC-RBR
Erold Fucien
                                                                                                Chapter 13

           Debtor
_____/

**<u>Debtor's Motion to Amend Order to Include Lender's Proof of Claim Numbers</u>**

Debtor, Erold Fucien, moves this Honorable Court to amend two previously granted Orders on Motions to Amend to include the Lender's Proof of Claim numbers and in support thereof would show unto the Court as follows:

1. The debtor filed two Motions to Value and Determine Secured Status of Lien on Real Property. One with Bank United and the other with Wells Fargo.

2. The Bank United motion was disposed of via an Agreed Order (DE 43) between the debtor and Bank United successor. Inadvertently, the Agreed Order did not include the lender's already filed proof of claim number.

3. The Wells Fargo motion was unopposed and was granted by the Court. The Order (DE 44) prepared and uploaded by counsel contained the wrong proof of claim number for the lender.

WHEREFORE, based on the foregoing the debtor respectfully requests the entry of an Amended Orders to correct the above omission and scrivener's error.

I, Alberto M. Cardet, Esq., hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Loc.R.Bakr.P. 2090-1(A) and that a true and correct copy of the foregoing was served on all parties listed on the Court's NEF.

January 20, 2014

Submitted by:
/s/ *Alberto M. Cardet*
Alberto M. Cardet, P.A.
Florida Bar Number 467900
Attorney for Debtor
1330 Coral Way #301
Miami FL 33145
305-403-7783 / 305-403-7824 (x)
alcardet@gmail.com