UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                  Case No 13-23977-BKC-RBR
Erold Fucien
       Debtor                                                      Chapter 13
_____/

**<u>Debtor's Motion to Amend Order (DE 43) to include lender's Proof of Claim number</u>**

    Debtor, Erold Fucien, moves this Honorable Court to amend a previously granted Agreed Order to include the lender's Proof of Claim number and in support thereof would show unto the Court as follows:

1. The Debtor filed a Motion to Value and Determine Secured Status of Lien on Real Property held by Bank United.

2. The debtor and lender reached an agreement as to the value of the subject matter real property and submitted an Agreed Order that was granted by the Court.

3. The Agreed Order submitted by counsel to the Court inadvertently did not contain the lender's Proof of Claim number and did not reflect the name of the assignee of Bank United's lien.

    WHEREFORE, based on the foregoing the debtor respectfully requests the entry of an Amended Order to correct the above omissions.

    I, Alberto M. Cardet, Esq., hereby further certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Loc.R.Bakr.P. 2090-1(A).

Dated on February 13, 2014                        /s/ *Alberto M. Cardet*
                                                                Alberto M. Cardet, P.A.
                                                               Florida Bar Number 467900
                                                               Attorney for Debtor
                                                               1330 Coral Way #301
                                                               Miami FL 33145
                                                               305-403-7783 / 305-403-7824 (x)
                                                               alcardet@gmail.com