

**ORDERED in the Southern District of Florida on March 28, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          Case No.: 13-23977 RBR
Erold Fucien                                    Chapter 13
                          Debtor
_____/

### AMENDED ORDER GRANTING MOTION TO VALUE
### AND DETERMINE SECURED STATUS OF LIEN ON REAL
### PROPERTY HELD BY WELLS FARGO BANK N.A.

THIS CASE came to be heard on the Debtor's *Motion to Amend Order (DE 44) to correct lender's Proof of Claim number* (DE 55) the Court grants the Debtor's Motion and hereby enters the Amended Order on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 24; the "Motion").

Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

    A.     The value of the debtor's real property (the "Real Property") located at

       3410 Fox Croft Road, Apt #107, Miramar FL 33025, and more particularly

described as

Condominium Parcel NO. 107, of Miramar Club Condominium, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 12135, Page 507 and any amendments thereto, recorded in the Public Records of Broward County Florida. Tax Id 11129-AH-00700.

is $ 40,000.00 at the time of the filing of this case.

B.    Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    Lender has an allowed secured claim in the amount of $ 40,000.00 .

3.    (Select only one):

____    Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.   In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

_x_    Lender filed a proof of claim in this case, Claim #2.   It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 81,018.87 , regardless of the original classification in the proof of claim as filed.

4.    The Real Property may not be sold or refinanced without proper notice and further order of the Court.

LF-92 (rev. 01/08/10)

5.      Notwithstanding the foregoing, this Order is not recordable or enforceable until the

debtor receives a discharge in this chapter 13 case.

### ###

Submitted By:
Alberto M. Cardet, P.A.
1330 Coral Way #301
Miami FL 33145
305-403-7783

Attorney Alberto M. Cardet is directed to serve a conformed copy of this Order on all interested
parties immediately upon receipt hereof and to file a certificate of service.

LF-92 (rev. 01/08/10)