UNITED STATES BANKRUPTCY COURT
Southern District of Florida www.flsb.uscourts.gov
**Chapter 13 Plan (Individual Adjustment of Debts)**

[ ]  ___  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[x]  __6__  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

Debtor: **Fucien, Erold**          Joint Debtor: _____     Case No: **13-23977-RBR**
Last Four Digits of SS# **8372**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $**2,047.86** for months **1** to **37** ; B. $**2,901.20** for months **38** to **50** ; C. $**4,009.35** for months **51** to **60**; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,600.00** TOTAL PAID $ **600.00**

Balance Due: $ **4,000.00** payable A. $ **80.00** /month (Months **1** to **20** ) B. **$80.00**/month (Months **21** to **50**).

($3,500.00 Chapter 13 + $1,100.00 Two Motions to Value)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date $
                          Arrears Payment $ /month (Months  to )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
| **Carrington Mortgage Services LLC**<br>**1610 E. Saint Andrew Place #B150**<br>**Santa Ana CA 92705**<br>**Claim #4**<br>**Acct:7000042135** | 1 NE 70th St,<br>Miami, FL 33138-5431 | 70,000.00 | 5.25 | 1,308.96<br>1,361.29 | 1-37<br>38-60 | 79,741.20 |
| **Wells Fargo Operations Center**<br>**PO Box 31557, B6955-01B**<br>**Billings, MT 59107**<br>**Claim #2**<br>**Acct: WFCHEQ1323977FLS83729203** | 3410 Foxcroft Rd Apt 107,<br>Miramar, FL 33025-4154 | 40,000.00 | 5.25 | 472.23<br>1,276.16 | 1-37<br>38-60 | 45,566.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None** _____   Total Due $
                                     Payable $ /month (Months  to ) Regular Payment $ _____.

Unsecured Creditors: Pay $ **1,371.60** / month (Months **51** to **60**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

(A) Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, Debtor shall increase payments to unsecured creditors over

and above the payments provided through the Plan up to 100% of allowed unsecured claims.

(B) Debtor surrenders property located at 2589 SW 82 Avenue, Miramar, FL 33025 to the secured creditor, Wells Fargo.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Erold Fucien*
Debtor                                                                           Joint Debtor
Date: **September 7, 2016**                                      Date: _____

LF-31 (rev. 01/08/10)